# EXHIBIT 2

---

# REGISTRATION # VA 2-383-212



**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-383-212**
**Effective Date of Registration:**
December 15, 2023
**Registration Decision Date:**
February 20, 2024

## Title

**Title of Work:** SophCat

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 31, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Sophia Boyages
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 2000

## Copyright Claimant

**Copyright Claimant:** Sophia Boyages
1032 15th St NW, Ste 241, Washington, DC, 20005, United States

## Rights and Permissions

**Organization Name:** Darden Betts Strategic Intellectual Property Counselors
**Address:** 1032 15th Street NW
Ste 241
Washington, DC 20005 United States

## Certification

**Name:** Marcya N Betts

Page 1 of 2

Exhibit 2 Page **1** of **2**



Date: December 12, 2023

Page 2 of 2

Exhibit 2 Page **2** of **2**