**EXHIBIT 4**





Exhibit 4 page **1** of **6**





Exhibit 4 page **2** of **6**





Exhibit 4 page **3** of **6**



Exhibit 4 page **4** of **6**





Exhibit 4 page **5** of **6**



Exhibit 4 page **6** of **6**