| | | |
|---|---|---|
| **JEFFREY S. EATON**<br>CLERK | **UNITED STATES DISTRICT COURT**<br>OFFICE OF THE CLERK<br>DISTRICT OF VERMONT<br>FEDERAL BUILDING<br>BURLINGTON, VERMONT 05402-0945 | ☒ P.O. BOX 945<br>BURLINGTON 05402-0945<br>(802) 951-6301<br><br>☐ P.O. BOX 607<br>RUTLAND 05702-0607<br>(802) 773-0245 |

June 6, 2024

Jeremy S. Grant, Esq.
Primmer Piper Eggleston & Cramer PC
30 Main Street, Suite 500
P.O. Box 1489
Burlington, VT 05402-1489

Justin B. Barnard, Esq.
Noah A. Greenstein, Esq.
Dinse P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988

Re:   *Boyages v. The University of Vermont and State Agricultural College*
      Docket No. 2:24-cv-538

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

   Richard T. Cassidy, South Burlington, Vermont
   Andrew D. Manitsky, Burlington, Vermont
   Michael Palmer, Middlebury, Vermont

The intention is that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **June 24, 2024**.[2]

Please do not hesitate to contact me with any questions.

                                            Sincerely,

                                            */s/ Lisa Wright*
                                            Acting ENE Administrator
                                            (802) 951-8116

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response.*
   If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation.*