UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Boyages | ) | |
| | ) | |
| v. | ) | Docket No. 2:24-cv-00538 |
| | ) | |
| University of Vermont and State Agricultural College | | |

EVALUATOR'S REPORT

Please select one:

_X___ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):** **Date of session:** **Start time:** **Finish time:**
**Via Zoom videoconference platform**

February 21, 2025   10:00 a.m.   2:05 p.m.

**(j)(1)(B):** **Names of attendees:** **Role:** **Settlement authority:**
(check only where applicable)

| Name | Role | Settlement authority |
|---|---|---|
| Sophia Boyages | Plaintiff | X |
| Deana Boyages | On behalf of Plaintiff | |
| Marcya Betts, Esq. | Plaintiff Counsel | |
| Lolita Darden, Esq. | Plaintiff Counsel | |
| Sharon Reich Paulsen, Esq. | Defendant Representative | X |
| Justin Barnard, Esq. | Defendant Counsel | |
| Noah Greenstein, Esq. | Defendant Counsel | |

**(j)(1)(C):** **Substitute arrangements regarding attendance:** N/A

**(j)(1)(D):** Date parties' Evaluation Statements received by Evaluator:

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

**(j)(1)(E):** **Oral presentations:** By all Parties.

**(j)(1)(F):** **Results of session:**

**(j)(1)(F)(i):** ___ Full settlement

___ Partial settlement

_X_ No Settlement

**(j)(1)(F)(ii):** Stipulation to narrow the scope of dispute:  _____N/A

**(j)(1)(F)(iii):** Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:

**Scheduling another ENE session:** _____Yes _____NO

**Other comments:** (please refer to L.R. 16.1 (j)(2)):

Dated at Middlebury, Vermont on this 16th day of September, 2025

S/*Michael Marks*

_____
Michael J. Marks, Esq.